# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00401-CR

**Guillermo Escobedo, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 22ND DISTRICT COURT OF COMAL COUNTY
### NO. CR2023-014C, THE HONORABLE GARY L. STEEL, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was originally due October 3, 2024. After this Court granted multiple motions requesting an extension of time to file his brief, appellant's brief was due January 2, 2025. To date, the brief has not been tendered for filing and is overdue.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate

supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than March 31, 2025. *See id.* R. 38.8(b)(3).

It is so ordered February 28, 2025.

Before Justices Triana, Theofanis, and Crump

Abated and Remanded

Filed:  February 28, 2025

Do Not Publish